USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

No. 17 CR 678

HOUSTON DIVISION

USAO Number: 2017R16001

Magistrate Number:

CRIMINAL INDICTMENT    Filed NOV 15 2017    Judge: Miller

United States
Sou[thern District of Tex]as
FILED

David J. Bradley, Clerk of Court

UNITED STATES of AMERICA

VS.

ATTORNEYS:
Abe Martinez, Acting USA        (713) 567-9000
Kimberly Leo, AUSA              (713) 567-9000

|  | Appt'd | Private |
|---|---|---|
| CRISTOFER JOSE GALLEGOS-ESPINAL | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |

CHARGE:
(TOTAL)
(COUNTS:)
( 3 )

Ct. 1: Sexual Exploitation of Children [18 USC §§ 2251(a) and 2251(e)]

Ct. 2: Possession of Child Pornography [18 USC §§ 2252A(a)(5)(B) and 2252A(b)(2)]

Ct. 3: Destruction of Property [18 USC §§ 2232(a)]

PENALTY:

Ct. 1: 15-30 years imprisonment; up to $250,000 fine; not less than 5 years up to life (SRT); $100 SA & $5,000 SA (Justice for Victims Trafficking Act of 2015).

Cts. 2: Up to 10 years imprisonment; up to $250,000 fine; not less than 5 years up to life (SRT); $100 SA & $5,000 SA (Justice for Victims Trafficking Act 2015).

Ct. 3: Up to 5 years imprisonment; up to $250,000 fine; 3 years (SRT); $100 SA.

☑ In Jail
☐ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: