United States District Court
Southern District of Texas
**ENTERED**
March 21, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CRIMINAL ACTION H-17-678 |
| | § § § | |
| CRISTOFER JOSE GALLEGOS-ESPINAL *in custody* | § | |

## Amended Order

Pending before this court is defendant's motion to suppress evidence. Dkt. 26. An oral hearing will be held on defendant's motion on Tuesday, April 16, 2019 at 10:00 a.m. in Courtroom 9-D, 515 Rusk, Houston, Texas.

Signed at Houston, Texas on March 21, 2019.

_____
Gray H. Miller
United States District Judge