United States District Court
Southern District of Texas
**ENTERED**
December 02, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL ACTION H-17-678 |
| | § |
| CRISTOFER JOSE GALLEGOS-ESPINAL | § |

### NOTICE TO DEFENDANT

If you have not waived your right to appeal in your plea agreement, you have a right to appeal your conviction and the sentence imposed under certain circumstances. 18 USC § 3742(a).

A notice of appeal must be filed with the district clerk within ten days after the entry of the judgment of conviction or other order from which you want to appeal.

If you want, the district clerk will prepare and file the notice of appeal for you, but you must make the request during the ten day period referred to above.

A notice of appeal must state the judgment or order being appealed and that you are appealing to the court of appeals for the fifth circuit. It should also set out the part of the proceeding not already on file which you believe the court reporter needs to include in the record. The designation must be made within ten days after filing the notice of appeal.

If you are represented by paid counsel, but cannot pay the cost of appeal, you can ask the court for permission to appeal _in forma pauperis_ (without paying costs). Your application to appeal _in forma pauperis_ must be filed with the district clerk within the ten day period after filing the notice of appeal.

If you proceeded in the district court _in forma pauperis_ (the court appointed an attorney for you), you may proceed on appeal _in forma pauperis_ without further authorization unless the court certifies in writing that you are not entitled to do so.

Signed at Houston, Texas on December 1, 2021.

_____
Gray H. Miller
United States District Judge